```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                            FORT WORTH DIVISION

JOHN GILLIS                       §
                                  §
v.                                §    CIVIL ACTION NO.4:07-CV-500-Y
                                  §
MICHAEL J. ASTRUE,                §
Commissioner of                   §
Social Security                   §
```

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 29, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying plaintiff John Gillis's claim for disability benefits under Title II of the Social Security Act be affirmed. The magistrate judge's order gave all parties until November 19 to serve and file with the Court written objections to his proposed findings. This time was then extended to December 4.

Subsequently, Gillis filed his objections, asking the Court to reject the magistrate judge's findings. The Commissioner did not file a response.

After carefully reviewing the findings, record, case law, and Gillis's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, the Commissioner's decision is AFFIRMED.

SIGNED December 22, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE